UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CECILIA CORDELIA PRESSLEY,

   Plaintiff,

v.                                         Case No. 3:24cv522-MCR-HTC

JANETTE M. RICHARDSON, et al.,

   Defendants.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated October 31, 2024 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. Pressley's claim against Richardson is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(iii) because Richardson is immune from suit for her actions as a prosecutor.

3. Pressley's claim against Kennon is DISMISSED WITHOUT PREJUDICE because Pressley's claim is *Heck*-barred and Kennon is not a state actor for purposes of § 1983.

4. The clerk is instructed to close the file.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**